UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §  CRIMINAL ACTION NO. C-02-41 |
| | § |
| RICARDO NMI BOLDEN | § |

## O R D E R

On this day the Court considered Defendant's Motion to Permit Temporary Unsealing of PSIR and the Court, having been shown good cause therefor, is of the opinion that same should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall unseal the Presentence Investigation Report on file in this cause, provide a copy of same to defendant's attorney, Douglas Tinker, and immediately reseal said document.

SIGNED and ORDERED this 20th day of February, 2008.

_____
Janis Graham Jack
United States District Judge